**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-8045**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

DERRICK LAMONT ROBERTSON,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.   (5:00-cr-00103-H-1)

———————————

Submitted: March 27, 2014             Decided:  April 1, 2014

———————————

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Derrick Lamont Robertson, Appellant Pro Se.   Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamont Robertson appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Robertson</u>, No. 5:00-cr-00103-H-1 (E.D.N.C. Dec. 19, 2013). We deny Robertson's motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>